FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed  (v.8.14)          14–14444 – A – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:**     14–14444 – A – 13

**Debtor Name(s) and Address(es):**

Ian Colin Strachan
3233 W Wren Ave
Visalia, CA 93291

Jennifer Rose Strachan
3233 W Wren Ave
Visalia, CA 93291

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:  9/8/17

Wayne Blackwelder
Clerk of Court